## Ex Parte Dessus.

Solicitud para que se expida un mandamiento de *Habeas Corpus*.

No. 61.   Resuelto en Junio 19, 1905.

Habeas Corpus.—En los casos en que no se hubiere aducido razón alguna que justificare la ilegalidad de la prisión del peticionario, y aparezca, por el contrario, que éste está detenido legalmente, la solicitud de *habeas corpus* deberá desestimarse.

Los hechos están expresados en la opinión.
Abogado del promovente: *Sr. Falcón.*
Abogado del Pueblo: *Sr. Rossy, Fiscal.*

### OPINIÓN DEL TRIBUNAL.

Siendo el objeto del auto de *habeas corpus* librar al prisionero que se encuentre ilegalmente restringido de su libertad, y siendo obligación de la Corte ó Juez, cuando se le presente en debida forma una petición para el auto de *habeas corpus*, concederla é investigar el motivo de la prisión ó detención del peticionario; y siendo también el deber de tal corte ó juez negar una petición no presentada en debida forma, la solicitud presentada en el presente caso ha sido considerada cuidadosamente por el Tribunal, y parece tener por objeto la revisión de la causa presentada en esta Corte en apelación; no habiéndose presentado nuevos puntos en la petición, excepto la referencia hecha á la quinta enmienda á la Constitución de los Estados

Unidos, la que no tiene aplicación alguna á la presente causa, pareciendo ser fundada dicha petición en los párrafos 1 y 2 del Artículo 483 del Código de Enjuiciamiento Criminal, ó sea la Ley de *Habeas Corpus,* debe concederse ó negarse de acuerdo con las disposiciones de dicha Ley.

Siendo evidente, después de una mera inspección, que la solicitud no puede ser comprendida por ninguna de las disposiciones anteriormente citadas, y no demostrando la misma solicitud la detención ilegal del preso, sino al contrario, considerada en relación con los autos de la citada causa, que obran en los archivos de esta Corte, demostrando que el preso se encuentra debidamente detenido por el Alcaide de la Cárcel de Ponce, de acuerdo con lo dispuesto por la sentencia de la Corte de Distrito de Ponce, que ha sido confirmada por esta Corte; en vista de todos los hechos relatados en la presente, el auto de *habeas corpus* debe negarse, y así queda ordenado.

*Denegado.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras, MacLeary y Wolf.